IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| INVESTOR RELATIONS SERVICES, INC. and CHARLES ARNOLD, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | 1:04CV0565 |
| MICHELE AUDIO CORPORATION OF AMERICA, INC. and MICHELEX CORPORATION, INC., | ) ) ) ) ) | |
| Respondents. | ) | |

**J-U-D-G-M-E-N-T**

On July 19, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636(b). No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that Respondents' Motion to Vacate (docket no. 12) be **DENIED**, that Petitioners' Motion to Confirm (docket no. 9) be **GRANTED**; and that Respondent Michele Audio's Motion to Dismiss (docket no. 15) be **DENIED**.

UNITED STATES DISTRICT JUDGE

DATE: September 5, 2006